E-filing

Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:   415.392.0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC;
SONY BMG MUSIC ENTERTAINMENT; ARISTA
RECORDS LLC; BMG MUSIC; INTERSCOPE RECORDS;
UMG RECORDINGS, INC.; AND WARNER BROS.
RECORDS INC.

FILED

JAN 2 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT; a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-6,<br><br>Defendants. | Case No. C 05 02165 MJJ<br><br>**NOTICE OF DISMISSAL OF DEFENDANT DOE #5** |

///

///

///

///

NOTICE OF DISMISSAL OF DEFENDANT DOE #5
CASE NO. 05 02165 MJJ

97490V1

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs CAPITOL RECORDS, INC., PRIORITY RECORDS LLC, SONY BMG MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, BMG MUSIC, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and WARNER BROS. RECORDS INC. (hereinafter "Plaintiffs") hereby voluntarily dismiss previously named Defendant DOE #5 (ISP Address: 169.229.126.100 2005-05-05 03:05:56).

Plaintiffs' causes of action against Defendant DOE # 5 are hereby voluntarily dismissed with prejudice.

Dated: January 20, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:  */s/ Andrew L. Chang*
ANDREW L. CHANG

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; AND WARNER BROS. RECORDS INC.

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1/25/2006
DATE

2

NOTICE OF DISMISSAL OF DEFENDANT DOE # 5
CASE NO. 05 02165 MJJ

97490V1