Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC;
SONY BMG MUSIC ENTERTAINMENT; ARISTA
RECORDS LLC; BMG MUSIC; INTERSCOPE
RECORDS; UMG RECORDINGS, INC.; and WARNER
BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOES 1 - 6, <br><br> Defendants. | Case No.: 05-CV-2165-MJJ <br><br> Honorable Martin J. Jenkins <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-4 AND DOE 6** <br><br> GRANTED |

1

NOTICE OF VOLUNTARY DISMISSAL
Case No. 05-CV-2165 MJJ

#1379 v1

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily dismiss Does 1-4 and Doe 6, without prejudice.[1]  Each party will bear its own costs.

Dated:  March 17, 2006

Respectfully submitted,

LEEMORE LIBESMAN
HOLME ROBERTS & OWEN LLP

By: _____/s/ Leemore Libesman_____
Leemore Libesman
Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

3/20/2006

GRANTED
*Martin J. Jenkins*
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Doe No. 5 was dismissed with prejudice on January 25, 2006.